Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Sandra Sue Dean

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-2950<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Sandra Sue Dean,<br>　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (SANDRA SUE DEAN) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

　　　　　　　　　　　　　　　　　　　　By: [signature]
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Sandra Sue Dean

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2   DATED: April 27, 2009          DLA PIPER US LLP

3
                                   By: _____
4                                      Michelle Sadowsky
                                       Attorneys for Defendants
5

6

7
**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8  IT IS SO ORDERED.**

9

10  Dated: APR 3 0 2009
                                   _____
11                                 Hon. Charles R. Breyer
                                   United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE